**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISON**

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATLASSIAN CORP. PLC and ATLASSIAN, INC., <br><br> Defendant. | Civil Action No. 6:20-cv-805 <br><br> <u>JURY TRIAL DEMANDED</u> |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Express Mobile, Inc. declares that it has no parent corporation, and no publicly traded corporation currently owns 10% or more of its stock.

Dated: September 1, 2020

Respectfully submitted,

<u>/s/ *Robert Christopher Bunt*</u>

Steven F. Molo (*pro hac vice* to be filed)
NY Bar No. 4221743
Ben Quarmby (*pro hac vice* to be filed)
NY Bar No. 4298725
Leonid Grinberg (*pro hac vice* to be filed)
NY Bar No. 5652458
MOLOLAMKEN LLP
430 Park Avenue, Floor 6
New York, NY 10022
(212) 607-8160 (telephone)
(212) 607-8161 (fax)
smolo@mololamken.com
bquarmby@mololamken.com
lgrinberg@mololamken.com

Rayiner I. Hashem (*pro hac vice* to be filed)
D.C. Bar No. 1046830
Sarah J. Newman (*pro hac vice* to be filed)

Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 00783521
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 418
Tyler, TX 75702
903/531-3535
E-mail: rcbunt@pbatyler.com
E-mail: charley@pbatyler.com

D.C. Bar No. 1047210
Benjamin T. Sirolly (*pro hac vice* to be filed)
D.C. Bar No. 1022426
MOLOLAMKEN LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
(202) 556-2000 (telephone)
(202) 556-2001 (fax)
rhashem@mololamken.com
snewman@mololamken.com
btsirolly@mololamken.com

Timothy Devlin
Delaware Bar No. 4241
DEVLIN LAW FIRM LLC
1306 N. Broom Street, 1st Floor
Wilmington, DE 19806
(302) 449-9010 (telephone)
(302) 353-4251 (fax)
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff Express Mobile, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record, who are deemed to have consented to electronic service are being served this 1st day of September, 2020, with a copy of this document via the Court's CM/ECF system.

/s/ Robert Christopher Bunt
ROBERT CHRISTOPHER BUNT