# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**EXPRESS MOBILE, INC.,**
*Plaintiff*

V.

Civil Action No. **6:20−CV−00805−ADA**

**ATLASSIAN CORP. PLC, ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **Atlassian, Inc.**
**through its registered agent:**
**Corporation Service Company, d/b/a CSC−Lawyers Inc.**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

**Robert Christopher Bunt**
**Parker, Bunt & Ainsworth, P.C.**
**100 East Ferguson, Ste. 1114**
**Tyler, TX 75702**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JEANNETTE J. CLACK**

CLERK OF COURT

**s/BRIANNA WINTER**

DEPUTY CLERK

**ISSUED ON 2020−09−01 11:37:02**

Civil Action No. 6:20–CV–00805–ADA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for*(name of individual and title, if any)*_____
was received by me on*(date)*_____.

☐   I personally served the summons on the individual at *(place)*_____
_____on *(date)*_____; or

☐   I left the summons at the individual's resident or usual place of abode with*(name)*_____
_____, a person of suitable age and discretion who resides there,
on *(date)*_____, and mailed a copy to the individual's last known address; or

☐   I served the summons on*(name of individual)*_____, who is
designated by law to accept service of process on behalf of*(name of organization)*_____
_____ on*(date)*_____; or

☐   I returned the summons unexecuted because _____; or

☐   Other (specify):_____
_____
_____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____                    _____
                                                                                    *Server's signature*

                                                           _____
                                                                                    *Printed name and title*

                                                           _____
                                                                                    *Server's Address*

Additional information regarding attempted sevice, etc:
_____
_____