# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATLASSIAN CORP. PLC AND ATLASSIAN, INC., <br><br> Defendants. | Civil Action No. 6:20-cv-00805-ADA |

## DECLARATION OF TIMOTHY C. SAULSBURY IN SUPPORT OF DEFENDANTS ATLASSIAN CORP. PLC AND ATLASSIAN, INC.'S MOTION TO DISMISS PLAINTIFF EXPRESS MOBILE, INC.'S COMPLAINT FOR PATENT INFRINGEMENT

I, Timothy C. Saulsbury, declare as follows:

1. I am an attorney with the law firm of Durie Tangri LLP, counsel to Defendants Atlassian Corp. Plc and Atlassian, Inc. (collectively, "Defendants"). The factual assertions made herein are made of my personal knowledge and, if called upon to do so, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a copy of the February 6, 2020 letter from Timothy Devlin of Devlin Law Firm LLC addressed to Jay Simons, President of Atlassian Corporation Plc. that counsel for Plaintiff, Express Mobile, Inc., provided to me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 22, 2020, in Oakland, California.

*/s/ Timothy C. Saulsbury*
Timothy C. Saulsbury