# Exhibit 1



1526 Gilpin Avenue
Wilmington, DE 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

February 6, 2020

**VIA FEDERAL EXPRESS**

Jay Simons, President
**ATLASSIAN CORPORATION PLC**
Level 29, 363 George Street
Sydney, NSW 2000, Australia

RE: Express Mobile, Inc.'s U.S. Patent Nos. 6,546,397, 7,594,168, 9,063,755, 9,471,287, 9,507,571, and 9,928,044

Dear Mr. Simons:

I am writing to you on behalf of our client Express Mobile, Inc. ("Express Mobile").

Express Mobile is a leader in the business of developing mobile app and website design and creation technologies. Express Mobile is managed by individuals with many years of technology and business experience. The CEO of Express Mobile, Steve Rempell, has more than fifty years' experience with technology companies with a substantial portion of his work pertaining to web-based technologies and applications.

Express Mobile's intellectual property includes U.S. Patent Nos. 6,546,397, 7,594,168, 9,063,755, 9,471,287, 9,507,571, and 9,928,044 (the "Express Mobile patents"). These patents generally relate to tools and methods for the generation of web pages and/or browser-based and native app solutions as well as the integration of web services into these solutions. Copies of each of the patents can be obtained at www.google.com/patents or the United States Patent & Trademark Office.

Express Mobile's patents have been the subject of numerous challenges to their validity and, in each case, have been upheld as valid. Copies of the orders and/or decisions in each case are available upon request.

Using the technology claimed by the Express Mobile patents Atlassian's Confluence and Trello products build, host, and market websites for Atlassian's customers by letting the customers select settings representing website elements, storing these settings in a database, and retrieving stored information to generate websites. Atlassian's products also generate code in the form of players and applications that can interact with web services to provide content for display on users' devices.

For example, Atlassian's products infringe claim 15 of U.S. Patent No. 9,928,044 (the "'044 patent) by a method which includes a computer memory and an authoring tool. The computer memory stores symbolic names required for evoking a web component related to a web service and an address of the web service. The authoring tool is configured to define a User Interface ("UI") object for display on the device, where the UI object corresponds to a web

**DEVLIN LAW FIRM**

February 6, 2020
Page 2 of 2

component.  Each UI object is either: 1) selected by a user, or 2) automatically selected by the system as a preferred UI object corresponding to a symbolic name of the web component.  The information representative of the UI object and related settings are stored in a database.  An application is built consisting web page views.  The application and a player are provided to a device and enables the device to provide one or more input values and corresponding input symbolic name to the web service and the web service to utilize the input symbolic name and the user provided one or more input values to generate one or more output values having an associated output symbolic name, while the player receives the output symbolic name and corresponding one or more output values and provide instructions for the display of the device to present an output value in the defined UI object.

Thus, Atlassian requires a license to the '044 patent for such products.

In light of Atlassian's sales of such products, Atlassian may also wish to have its patent counsel examine the remaining Express Mobile patents to determine whether a non-exclusive license is needed as to those patents as well.

Should Atlassian have interest in a non-exclusive license to the Express Mobile patents, please contact us to discuss licensing terms.

Very truly yours,

Timothy Devlin

Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, Delaware 19806
Tel.: (302) 449-9010
Fax: (302) 353-4251
www.devlinlawfirm.com