IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ATLASSIAN CORP. PLC AND ATLASSIAN, INC., <br><br> Defendants. | Civil Action No. 6:20-cv-00805-ADA |

**ORDER GRANTING DEFENDANTS ATLASSIAN CORP. PLC AND ATLASSIAN, INC.'S MOTION TO DISMISS PLAINTIFF EXPRESS MOBILE, INC.'S COMPLAINT FOR PATENT INFRINGEMENT**

Before the Court is Defendants Atlassian Corp. Plc and Atlassian, Inc.'s Motion to Dismiss Plaintiff Express Mobile, Inc.'s ("Express Mobile") Complaint for Patent Infringement. After considering the Motion, any opposition and reply thereto, oral argument, and/or other materials of record in this action, the Court finds that the Motion should be and hereby is GRANTED as follows:

(1)   Express Mobile's Complaint for Patent Infringement is dismissed with prejudice.


IT IS SO ORDERED.


Dated: _____

                                                      HON. ALAN D. ALBRIGHT
                                               UNITED STATES DISTRICT JUDGE